# EXHIBIT A

ORIGINAL CHRIS DEROSE, CLERK
RECEIVED CV 3 42
DOCUMENT REPOSITORY

18 AUG 22  PM 3: 36

FILED BY A. PLASCENCIA

Thomas C. Horne, Bar No. 002951
**HORNE SLATON, PLLC**
6720 North Scottsdale Road, Suite 285
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
horne@horneslaton.com
*Attorney for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **EDWARD BRICE BRIMACOMBE,**<br>Plaintiff,<br><br>vs.<br><br>**OPTUMINSIGHT, INC. dba OPTUM; BANK OF AMERICA, National Association; JOHN AND JANE DOES 1-100; XYZ CORPORATIONS 1-100,**<br>Defendant. | Case No.: CV 2018-055781<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

FROM THE STATE OF ARIZONA TO:

**OPTUMINSIGHT, INC. dba OPTUM BANK**
c/o Registered Agent
C.T. CORPORATION
3800 North Central, Suite 460
Phoenix, AZ

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

*Horne Slaton, PLLC*
*6720 N. Scottsdale Rd., Suite 285*
*Scottsdale, AZ 85253*

1

Horne Slaton, PLLC
6720 N. Scottsdale Rd., Suite 285
Scottsdale, AZ 85253

2.   If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

> • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
> • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
> • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
> • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.   If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.   You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:
> • 601 West Jackson, Phoenix, Arizona 85003
> • 18380 North 40th Street, Phoenix, Arizona 85032
> • 222 East Javelina Avenue, Mesa, Arizona 85210
> • 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.   Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

The name and address of Plaintiff's attorney is:

Thomas C. Horne, Esq.
**HORNE SLATON, PLLC**
6720 N. Scottsdale Rd., Suite 285
Scottsdale, AZ 85253

**SIGNED AND SEALED THIS DATE:** AUG **2 0** 2018

**CHRIS DEROSE, CLERK OF SUPERIOR COURT**

**CHRIS DEROSE, CLERK**

~DEPUTY CLERK

A. S. Romero
Deputy Clerk



3

# ORIGINAL

CHRIS DEROSE, CLERK
RECEIV. / OLN #2
DOCU.'E / EPOSITORY

18 AUG 22 PM 3: 37

AUG 2 2 2018    **FILED**    3:37pm

~~CHRIS DEROSE, Clerk~~
By A. Plascencia
A. Plascencia, Deputy

Thomas C. Horne, Bar No. 002951
**HORNE SLATON, PLLC**
6720 North Scottsdale Road, Suite 285
Scottsdale, AZ 85253
Tel: (480) 483-2178
Fax: (480) 367-0691
horne@horneslaton.com
*Attorney for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**EDWARD BRICE BRIMACOMBE,**
                    Plaintiff,

vs.

**OPTUMINSIGHT, INC. dba OPTUM; BANK OF AMERICA, National Association; JOHN AND JANE DOES 1-100; XYZ CORPORATIONS 1-100,**
                    Defendant.

Case No.:    CV 2018-055781

### SUMMONS

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:**

**Bank of America, National Bank**
c/o Registered Agent
C.T. CORPORATION
3800 North Central, Suite 460
Phoenix, AZ

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

Horne Slaton, PLLC
6720 N. Scottsdale Rd., Suite 285
Scottsdale, AZ 85253

1

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:
    • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
    • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
    • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
    • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:
    • 601 West Jackson, Phoenix, Arizona 85003
    • 18380 North 40th Street, Phoenix, Arizona 85032
    • 222 East Javelina Avenue, Mesa, Arizona 85210
    • 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

Horne Slaton, PLLC
6720 N. Scottsdale Rd., Suite 285
Scottsdale, AZ 85253

2

The name and address of Plaintiff's attorney is:

Thomas C. Horne, Esq.
**HORNE SLATON, PLLC**
6720 N. Scottsdale Rd., Suite 285
Scottsdale, AZ 85253

AUG **2 0** 2018
**SIGNED AND SEALED THIS DATE:** _____

**CHRIS DEROSE, CLERK OF SUPERIOR
COURT**

CHRIS DEROSE, CLERK

**DEPUTY CLERK**

A. S. Romero
Deputy Clerk



CV11f -092917

# EXHIBIT B



**COPY**

AUG **2 0** 2018

CHRIS DEROSE, CLERK
AS. ROMERO
DEPUTY CLERK

1   Thomas C. Horne, Bar No. 002951
2   **HORNE SLATON, PLLC**
    6720 North Scottsdale Road, Suite 285
3   Scottsdale, AZ 85253
4   Tel: (480) 483-2178
    Fax: (480) 367-0691
5   horne@horneslaton.com
6   *Attorney for Plaintiff*

7            **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
8              **IN AND FOR THE COUNTY OF MARICOPA**

9

10  **EDWARD BRICE BRIMACOMBE,**       Case No.:   CV 2018-055781
11              Plaintiff,
                                        **COMPLAINT**
12  vs.
                                        **(Declaratory Judgment)**
13  **OPTUMINSIGHT, INC. dba**
14  **OPTUM; BANK OF AMERICA,**
    **National Association; JOHN AND**
15  **JANE DOES 1-100; XYZ**
    **CORPORATIONS 1-100,**
16
                Defendant.
17

18

19

20

21          For its Complaint, Plaintiff alleges:

22      1.      Plaintiff is a resident of Maricopa County, Arizona. Defendant Bank of

23  America, a national bank, and Defendant Optuminsight, Inc. dba Optum, at the times

24  relevant, were doing business in Maricopa County, Arizona. Jurisdiction and venue are

25

proper in Maricopa County Arizona. The names of fictitiously named defendants will be furnished when known.

2.     Plaintiff had medical insurance coverage through his wife's employer, defendant Bank of America.

3.     Bank of America authorized United Health Insurance to manage its medical claims. On June 6, 2017, plaintiff's law firm, about to settle a case for plaintiff, contacted United Healthcare and asked how much was the lien for the medical payments on any recovery that plaintiff should receive in litigation.

4.     The phone call was made by Lee Ann Basham of the attorney's office. The person she spoke with identified herself only as Natasha C. Natasha's employee ID is C8524, and her phone call identification number is 8524. She stated that they were not asserting a lien, and that it was up to each medical provider to collect fees. Attorney Thomas Horne got on the line, and Natasha C. confirmed the same thing to him. All this was confirmed, by both Lee Ann Basham and Thomas Horne, in a Memorandum which is attached as Exhibit 1 to this complaint.

5.     A letter was sent to Natasha C. at United Healthcare, confirming the phone conversation, and stating that in reliance on the phone conversation, the funds of the settlement were being dispersed. This letter was dated June 6, 2017. It is attached as Exhibit 2. A response to this letter was never received, thereby confirming the waiver a second time.

6.     The law firm was contacted by defendant Optum, seeking information about pending lawsuits. On July 19, 2017, a letter was sent to Optum, providing the information requested, but setting forth the history of United Healthcare's waiver of the lien and attaching the relevant documentation. No response was received to this letter, confirming the waiver for a third time lien. The letter is Exhibit 3.

7.     On September 7, 2017, Optum sent an inquiry of the status of litigation. On September 18, 2017, the law firm responded with a letter which is attached as Exhibit 4. It stated:

> Mr. Shawn Knutson, Analyst
> OPTUM
> 11000 Optum Circle
> Eden Prairie, MN
> Shawn.knutson @Optum.com
>
> Re:    Edward B. Brimacombe
>        #29262056
>
> Shawn:
>
> In response to your inquiry of September 7, 2017, see attached letter I sent to you on July 19, 2017. You did not respond to my letter of July 19, 2017 and United did not respond to the letter of June 6. These non-responses confirm the waiver that was made explicitly by United on June 6. Please do not contact me again regarding the above case.

No response was received to this letter, confirming the waiver for a fourth time.

8.     Approximately a year later, Optum made an oral claim that they have had a valid lien, because United Healthcare did not have authority to waive a Bank of

America's lien. This was a false claim. United Healthcare did have authority, or in the alternative, they certainly had implied authority, as Bank of America held out United Healthcare as managing the medical claims.

9. Plaintiff is entitled to a declaratory judgment that defendants are not entitled to any medical liens in connection with the accident referred to.

10. Trial by jury is demanded.

Therefore, plaintiff respectfully requests a declaratory judgment that defendants are entitled to no medical liens in connection with the accident referred to, that attorney's fees be awarded against defendant Optum due to Optum's unreasonable course of conduct in this matter, for costs incurred, and for such other and further relief as the court deemed proper.

**DATED** August 20 , 2018.

**HORNE SLATON, PLLC**

By: _____
Thomas C. Horne, Esq.
*Attorney for Plaintiff*

4

# EXHIBIT 1

## Debra Scordato

**From:** Thomas Horne
**Sent:** Tuesday, June 6, 2017 2:04 PM
**To:** Debra Scordato
**Subject:** FW: United Healthcare - Brimacombe

Please put this in the Brimacombe PI file. I confirm Lee Ann's note below. I also spoke with Natasha personally. Actually, C. is the initial of her last name, which is all she would give me, and 8524 is her phone call identification number, or at least that is what she told me. She told me they were not asserting a lien on Brimacombe, and if the medical providers wanted to assert liens that was up to them. I told her that in reliance on what she was saying, I was disbursing the settlement. She understood. I wrote a letter confirming this conversation and sent it to her at the United Healthcare address. /Tom Horne

**THOMAS C. HORNE, ESQ.**

 



HORNE SLATON, PLLC
6720 N. Scottsdale Road
Suite 5205
Scottsdale, AZ 85253
480-483-8111
480-294-0609 FAX

**From:** Lee Ann Basham
**Sent:** Tuesday, June 6, 2017 1:58 PM
**To:** Thomas Horne <horne@horneslaton.com>; Debra Scordato <scordato@horneslaton.com>
**Subject:** United Healthcare - Brimacombe

> UNITED HEALTHCARE MEMBER ID: #810499822
> Edward Brimacombe
> Date of Accident: 3/22/2016

Tom:

I spoke to Natasha (Emp. ID #C8524) at United Healthcare(1-877-240-4075) regarding Mr. Brimacombe's outstanding medical claims. She told me that they had not asserted a lien, and that it was up to each medical provider to collect their own fees.

1

**EXHIBIT 2**

# Horne Slaton, PLLC

*Sandra Slaton*
*Thomas C. Horne*
*Kristin M. Roebuck Bethell*

Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 285
Scottsdale, Arizona 85253

Tel. 480/483-2178
Fax. 480/367-0691
www.horneslaton.com
horne@horneslaton.com

June 6, 2017

Natasha C.
Telephone ID #8524
**GREENSBORO SERVICE CENTER**
P. O. Box 740800
Atlanta, GA 30374-0800

**RE:**          **EDWARD BRUCE BRIMICOME**
**MEMBER ID#:**     **810499822-001**

Natasha,

This will confirm that you indicated to me on the telephone that United Healthcare is not asserting a lien in the above captioned matter. In reliance on this, we are dispersing the funds of a settlement.

Thank you very much.

Sincerely,

Thomas C. Horne, Esq.

TCH/dcs

**EXHIBIT 3**

# Horne Slaton, PLLC

*Sandra Slaton*
*Thomas C. Horne*
*Kristin M. Roebuck Bethell*

Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 285
Scottsdale, Arizona 85253

Tel. 480/483-2178
Fax. 480/367-0691
www.horneslaton.com
horne@horneslaton.com

July 19, 2017

Mr. Shawn Knutson, Analyst
**OPTUM**
11000 Optum Circle
Eden Prairie, MN
Shawn.knutson@Optum.com

**RE:    Edward B. Brimacombe**
        **#29262056**

Shawn:

We obtained a settlement of $50,000 under the liability claim. We have a pending claim of $500,000 on an underinsured motorist claim.  Upon making the $50,000 settlement, we called United Healthcare Services to see if there was a lien so that we could pay the lien out of the proceeds. They informed us they were not asserting a lien.

The first person who spoke to United Healthcare was Lee Ann Basham of this office on June 6th. They told her that they were not asserting a lien. I then got on the phone, and they repeated to me that they were not asserting a lien. Lee Ann's memo to the file states as follows:

"I spoke to Natasha (Emp. ID #C8524) at United Healthcare (1-877-240-4075) regarding Mr. Brimacombe's outstanding medical claims. She told me that they had not asserted a lien, and that it was up to each medical provider to collect their own fees."

I wrote a memo to the file as well. In that memo, I stated as follows:

I confirm Lee Ann's note below. I also spoke with Natasha personally. Actually, C. is the initial of her last name, which is all she would give me, and #8524 is her phone call identification number, or at least that is what she told me. She told me they were not asserting a lien on Brimacombe, and if the medical providers wanted to assert liens that was up to them. I told her that in reliance on what she was saying,

I was disbursing the settlement. She understood. I wrote a letter confirming this conversation and sent it to her at the United Healthcare address."

A copy of both memos is enclosed.

Also enclosed is a letter to United Healthcare dated June 6th, confirming my conversation with United Healthcare, of which we have received no response. In reliance on that conversation, and my confirming letter, we distributed the liability settlement. United Healthcare has waived any right to a lien.

Sincerely,

Thomas C. Horne, Esq.

Enclosures

TCH/dcs

# EXHIBIT 4

# Horne Slaton, PLLC

*Sandra Slaton*
*Thomas C. Horne*
*Kristin M. Roebuck Bethell*

Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 285
Scottsdale, Arizona 85253

**Tel. 480/483-2178**
**Fax. 480/367-0691**
www.horneslaton.com
horne@horneslaton.com

September 18, 2017

Mr. Shawn Knutson, Analyst
**OPTUM**
11000 Optum Circle
Eden Prairie, MN
Shawn.knutson@Optum.com

**RE:    Edward B. Brimacombe**
**#29262056**

Shawn:

        In response to your inquiry of September 7, 2017, see attached letter I sent to you on July 19, 2017. You did not respond to the my letter of July 19, 2017 and United did not respond to the letter of June 6. These non-responses confirm the waiver that was made explicitly by United on June 6. Please do not contact me again regarding the above case.

Sincerely,

Thomas C. Horne, Esq.

Enclosures

TCH/kme

# Horne Slaton, PLLC

*Sandra Slaton*
*Thomas C. Horne*
*Kristin M. Roebuck Bethell*

Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 285
Scottsdale, Arizona 85253

Tel. 480/483-2178
Fax. 480/367-0691
www.horneslaton.com
horne@horneslaton.com

July 19, 2017

Mr. Shawn Knutson, Analyst
**OPTUM**
11000 Optum Circle
Eden Prairie, MN
Shawn.knutson@Optum.com

**RE:   Edward B. Brimacombe**
**#29262056**

Shawn:

We obtained a settlement of $50,000 under the liability claim. We have a pending claim of $500,000 on an underinsured motorist claim. Upon making the $50,000 settlement, we called United Healthcare Services to see if there was a lien so that we could pay the lien out of the proceeds. They informed us they were not asserting a lien.

The first person who spoke to United Healthcare was Lee Ann Basham of this office on June 6th. They told her that they were not asserting a lien. I then got on the phone, and they repeated to me that they were not asserting a lien. Lee Ann's memo to the file states as follows:

"I spoke to Natasha (Emp. ID #C8524) at United Healthcare (1-877-240-4075) regarding Mr. Brimacombe's outstanding medical claims. She told me that they had not asserted a lien, and that it was up to each medical provider to collect their own fees."

I wrote a memo to the file as well. In that memo, I stated as follows:

I confirm Lee Ann's note below. I also spoke with Natasha personally. Actually, C. is the initial of her last name, which is all she would give me, and #8524 is her phone call identification number, or at least that is what she told me. She told me they were not asserting a lien on Brimacombe, and if the medical providers wanted to assert liens that was up to them. I told her that in reliance on what she was saying,

I was disbursing the settlement. She understood. I wrote a letter confirming this conversation and sent it to her at the United Healthcare address."

A copy of both memos is enclosed.

Also enclosed is a letter to United Healthcare dated June 6th, confirming my conversation with United Healthcare, of which we have received no response. In reliance on that conversation, and my confirming letter, we distributed the liability settlement. United Healthcare has waived any right to a lien.

Sincerely,

Thomas C. Home, Esq.

Enclosures

TCH/dcs

# Horne Slaton, PLLC

*Sandra Slaton*
*Thomas C. Horne*
*Kristin M. Roebuck Bethell*

Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 285
Scottsdale, Arizona 85253

Tel. 480/483-2178
Fax. 480/367-0691
www.horneslaton.com
horne@horneslaton.com

June 6, 2017

Natasha C.
Telephone ID #8524
**GREENSBORO SERVICE CENTER**
P. O. Box 740800
Atlanta, GA 30374-0800

**RE:**          **EDWARD BRUCE BRIMICOME**
**MEMBER ID#:**   810499822-001

Natasha,

This will confirm that you indicated to me on the telephone that United Healthcare is not asserting a lien in the above captioned matter. In reliance on this, we are dispersing the funds of a settlement.

Thank you very much.

Sincerely,

Thomas C. Horne, Esq.

TCH/dcs

# EXHIBIT C

**COPY**

1  Thomas C. Horne, Bar No. 002951
**HORNE SLATON, PLLC**
2  6720 North Scottsdale Road, Suite 285
Scottsdale, AZ 85253
3  Tel: (480) 483-2178
4  Fax: (480) 367-0691
horne@horneslaton.com
5  *Attorney for Plaintiff*



AUG **2 0** 2018

CHRIS DEROSE, CLERK
AS. ROMERO
DEPUTY CLERK

6

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
7  ## IN AND FOR THE COUNTY OF MARICOPA

8  **EDWARD BRICE BRIMACOMBE,**     | Case No.:   CV 2 0 1 8 − 0 5 5 7 8 1

9              ·Plaintiff,            | **DEMAND FOR JURY TRIAL**

10  vs.

11  **OPTUMINSIGHT, INC. dba**
**OPTUM; BANK OF AMERICA,**
12  **National Association; JOHN AND**
**JANE DOES 1-100; XYZ**
13  **CORPORATIONS 1-100,**

14

15              Defendant.

16

17      Plaintiff **EDWARD BRICE BRIMACOMBE,** demands a trial by jury in

18  this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by

19  jury if there is an appeal from that compulsory arbitration.

20

21      **RESPECTFULLY SUBMITTED** August 20, 2018.

22                              **HORNE SLATON, PLLC**

23

24                              By:   _Tom Horne_

25                                    Thomas C. Horne, Esq.
                                     *Attorney for Plaintiff*

-1-

# EXHIBIT D



**COPY**

AUG **2 0** 2018

CHRIS DEROSE, CLERK
AS. ROMERO
DEPUTY CLERK

1

Thomas C. Horne, Bar No. 002951
2  **HORNE SLATON, PLLC**
6720 North Scottsdale Road, Suite 285
3  Scottsdale, AZ 85253
4  Tel: (480) 483-2178
Fax: (480) 367-0691
5  horne@horneslaton.com
*Attorney for Plaintiff*
6

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8        **IN AND FOR THE COUNTY OF MARICOPA**

9

CV 2018−055781
10

**EDWARD BRICE BRIMACOMBE,**       Case No.:
11
                    Plaintiff,         **CERTIFICATE OF**
12  vs.                                **COMPULSORY ARBITRATION**

13
**OPTUMINSIGHT, INC. dba**
14  **OPTUM; BANK OF AMERICA,**
**National Association; JOHN AND**
15  **JANE DOES 1-100; XYZ**
**CORPORATIONS 1-100,**
16

17                    Defendant.

18

19      Plaintiff,  **EDWARD  BRICE  BRIMACOMBE,**  by  and  through

20  undersigned counsel, certifies that this Complaint seeks relief other than a
21
monetary judgment and therefore this case is not subject to compulsory
22
23  arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

24

25

1

2    **RESPECTFULLY SUBMITTED** August 20 , 2018.

3

4                                  **HORNE SLATON, PLLC**

5
                                   By:  _Tony Horne_____
6                                       Thomas C. Horne, Esq.
                                        *Attorney for Plaintiff*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT E

In the Superior Court of the State of Arizona
in and for the County of Maricopa

## CV2018-055781

(Please Type or Print)

| Is Interpreter Needed? ☐ Yes ☒ No |
| If yes, what language: |
| AS. ROMERO, FILED |
| 2018 AUG 20 PM 4: 21 |

Plaintiff's Attorney  Thomas C. Horne, Esq.

Attorney Bar Number 002951

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Edward Brice Brimacombe | c/o Horne Slaton, PPLC | 480-483-2178 | Horne@HorneSlaton.com |
| | 6720 N. Scottsdale Road, 285 | | |
| | Scottsdale, AZ 85253 | | |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Bank of America, N.A.

Optuminsight, Inc, dba Optum

(List additional Defendants on page two and/or attach a separate sheet)

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

### 110 TORT NON-MOTOR VEHICLE:

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

### 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.      ☐ 123 Hospital
☐ 122 Physician D.O      ☐ 124 Other

### 130 CONTRACTS:

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

### 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)

Case No._____

☐180 Injunction against Workplace Harassment
☐181 Injunction against Harassment
☐182 Civil Penalty
☐186 Water Rights (Not General Stream Adjudication)
☐187 Real Property
☐ Special Action against Lower Courts
    (See Lower Court Appeal cover sheet in Maricopa)
☐194 Immigration Enforcement Challenge
    (A.R.S. §§1-501, 1-502, 11-1051)

### 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See Lower Court Appeal cover sheet in Maricopa)
☐150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)
☒ **155 Declaratory Judgment**
☐157 Habeas Corpus
☐184 Landlord Tenant Dispute- Other
☐190 Declaration of Factual Innocence
    (A.R.S. §12-771)

☐191 Declaration of Factual Improper Party Status
☐193 Vulnerable Adult (A.R.S. §46-451)
☐165 Tribal Judgment
☐167 Structured Settlement (A.R.S. §12-2901)
☐169 Attorney Conservatorships (State Bar)
☐170 Unauthorized Practice of Law (State Bar)
☐171 Out-of-State Deposition for Foreign Jurisdiction
☐172 Secure Attendance of Prisoner
☐173 Assurance of Discontinuance
☐174 In-State Deposition for Foreign Jurisdiction
☐176 Eminent Domain– Light Rail Only
☐177 Interpleader– Automobile Only
☐178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐183 Employment Dispute- Discrimination
☐185 Employment Dispute-Other
☐196 Verified Rule 45.2 Petition
☐195(a) Amendment of Marriage License
☐195(b) Amendment of Birth Certificate
☐163 Other _____
                            (Specify)

### RULE 26.2 DISCOVERY TIER or AMOUNT PLEADED:
(State the amount in controversy pleaded or place an "X" next to the discovery tier to which the pleadings allege the case
would belong under Rule 26.2.)

☐ Amount Pleaded $ _____     ☐ Tier 1     ☒ Tier 2     ☐ Tier 3

### EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge
☐ Employer Sanction                     ☐ Other (Specify)_____

### COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the
commercial Court. More information on the commercial Court, including the most recent forms, are available on the
Court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

_____

# EXHIBIT F

AUG 2 2 2018   FILED   3:37pm

CHRIS DEROSE, Clerk

By A Plascencia

A. Plascencia, Deputy

AFFIDAVIT OF SERVICE

| Case: CV2018-055781 | Court: Superior Court of The State of Arizona | County: Maricopa County | Job: 2564905 (Client Billing Reference: Edward Brimacombe) |
|---|---|---|---|
| Plaintiff / Petitioner: Edward Brice Brimacombe | | Defendant / Respondent: OptumInsight, Inc. dba Optum; Bank of America, National Association; John and Jane Does 1-100, XYZ Corporations 1-100 | |
| Received by: Quick Courier, LLC | | For: Horne Slaton, PLLC | |
| To be served upon: Maria Martinez with C.T. Corporation registered agent for Bank of America, National Association | | | |

I, Jack Piraino II, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Maria Martinez with C.T. Corporation registered agent for Bank of America, National Association, CT Corporation Services: 3800 N Central Ave Suite 460, Phoenix, AZ 85012

**Manner of Service:** Registered Agent, Aug 21, 2018, 3:28 pm MST

**Documents:** Summons, Complaint (Declaratory Judgement), Certificate of Compulsory Arbitration, Demand for Jury Trial

**Additional Comments:**
1) Successful Attempt: Aug 21, 2018, 3:28 pm MST at CT Corporation Services: 3800 N Central Ave Suite 460, Phoenix, AZ 85012 received by Maria Martinez with C.T. Corporation registered agent for Bank of America, National Association. Age: 35-45; Ethnicity: Hispanic; Gender: Female; Weight: 210-220; Height: 5'8"; Hair: Brown; Eyes: Brown; Other: Mrs. Martinez appeared dyed from a medium brown to a light brown/sandy blonde color. ;
I arrived at the aforementioned address for CT Corporation. After logging in their required info, following their posted protocol, and marking time of service, I personally handed Mrs. Maria Martinez all aforementioned documents and briefly explained their contents. Mrs. Martinez verbally and physically accepted service.

Jack Piraino II                    08/21/2018
Maricopa County 8700              Date

Quick Courier, LLC
202 E Earll Dr Suite 425
Phoenix, AZ 85012
4803840568

FILED
AUG 2 2 2018   3:36pm
CHRIS DEROSE, Clerk
By A Plascencia
A. Plascencia, Deputy

## AFFIDAVIT OF SERVICE

| Case:<br>CV2018-055781 | Court:<br>Superior Court of The State of Arizona | County:<br>Maricopa<br>County | Job:<br>2564899 (Client Billing Reference: Edward<br>Brimacombe) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Edward Brice Brimacombe | | **Defendant / Respondent:**<br>Optuminsight, Inc. dba Optum; Bank of America, National<br>Association; John and Jane Does 1-100, XYZ Corporations 1-100 | |
| **Received by:**<br>Quick Courier, LLC | | **For:**<br>Horne Slaton, PLLC | |
| **To be served upon:**<br>Maria Martinez with C.T. Corporation registered agent for Optuminsight, Inc. dba Optum Bank | | | |

I, Jack Piraino II, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Maria Martinez with C.T. Corporation registered agent for Optuminsight, Inc. dba Optum Bank, CT
Corporation Services: 3800 N Central Ave Suite 460, Phoenix, AZ 85012

**Manner of Service:**   Registered Agent, Aug 21, 2018, 3:28 pm MST

**Documents:**   Summons, Complaint (Declaratory Judgement), Certificate of Compulsory Arbitration, Demand for Jury Trial

**Additional Comments:**
1) Successful Attempt: Aug 21, 2018, 3:28 pm MST at CT Corporation Services: 3800 N Central Ave Suite 460, Phoenix, AZ 85012 received by Maria Martinez with C.T. Corporation registered agent for Optuminsight, Inc. dba Optum Bank. Age: 35-45; Ethnicity: Hispanic; Gender: Female; Weight: 210-220; Height: 5'8"; Hair: Brown; Eyes: Brown; Other: Mrs. Martinez appeared dyed from a medium brown to a light brown/sandy blonde color. ;
I arrived at the aforementioned address for CT Corporation. After logging in their required info, following their posted protocol, and marking time of service, I personally handed Mrs. Maria Martinez all aforementioned documents and briefly explained their contents. Mrs. Martinez verbally and physically accepted service.


08/21/2018
Jack Piraino II                                            Date
Maricopa County 8700

Quick Courier, LLC
202 E Earll Dr Suite 425
Phoenix, AZ 85012
4803840568